**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kevin Kayvon FARRELL, a/k/a Kayvon**
**Flowers, Defendant–Appellant.**

No. 01–7662.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 12, 2002.

Decided March 27, 2002.

Kevin Kayvon Farrell, Appellant Pro Se. Angela Hewlett Miller, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin Kayvon Farrell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Farrell,* Nos. CR–98–93; CA–01–216–1 (M.D.N.C. July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*